RFM 8/21/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 21 AM 11:34 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

'08 MJ 2578

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **Magistrate Docket No.** ________ |
| **Plaintiff** | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Audiel NAJERA-Lule Defendant** | ) **TITLE 18 U.S.C. § 1544 Misuse of Passport (Felony)** |

The undersigned complainant, being duly sworn, states:

**Count 1**

On or about August 20, 2008, within the Southern District of California, Audiel NAJERA-Lule did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a US passport number 437509310 issued in the identity of Carlos ROBLES, to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Carlos ROBLES, that the passport was not issued or designed for his use; in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This 21st day of August, 2008.

[signature] UNITED STATES MAGISTRATE JUDGE

8/20/08 [initials]

RFM 8/21/08

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for nine years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence Audiel NAJERA-Lule used the passport issued for the use of another on 08/20/2008. This Affidavit is made in support of a complaint against DEFENDANT for violation of Title 18, U.S.C., Section 1544, Misuse of a Passport.

3. On 08/20/2008, at approximately 0825 hours, DEFENDANT presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Ysidro Port of Entry, to apply for admission into the United States. DEFENDANT identified himself with U.S. Passport number 437509310 bearing the name Carlos ROBLES, DPOB 02/07/1993, California, U.S.A., and a photograph that did not bear the likeness of DEFENDANT. A U.S. Department of State lookout revealed that the passport had been reported lost/stolen. DEFENDANT was referred for secondary inspection.

4. On 08/20/2008, at approximately 1015 hours the Affiant was advised by a CPB Officer at the San Ysidro POE that DEFENDANT had been detained at the secondary inspection area of the San Ysidro POE.

5. On 08/20/2008, at approximately 1200 hours, DEFENDANT was retrieved from the pedestrian secondary inspection area and was brought to an interview room. The Affiant, assisted a CBP Officer, who also acted as translator when needed, interviewed DEFENDANT on videotape. DEFENDANT read his Miranda warning aloud in Spanish from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Audiel NAJERA-Lule, DPOB, 11/19/1987, Mexico City, Mexico. He stated that he was a citizen of Mexico and not a citizen of the United States. DEFENDANT admitted that on or about 08/19/2008 he paid a document vendor in Tijuana, Mexico $500 for a false US Passport. DEFENDANT was subsequently provided with US Passport number 437509310 issued in the identity of Carlos ROBLES. He admitted that he subsequently used that US Passport to apply for entry into the United States at the San Ysidro Port of Entry on 08/20/2008. He admitted knowing that the passport was not issued or designed for his use. DEFENDANT admitted that he had attempted to illegally enter the U.S. on three prior occasions in the last two months. He stated that his last apprehension had been on 08/17/2008.

RFM
8/21/08

6. DEFENDANT said that he had previously been living illegally in the United States for several years. DEFENDANT made a recorded oral confession as to his true identity and to elements of the charge.

7. On 08/20/2008, Affiant conducted record checks in the U.S. Department of State passport database and found that on 05/15/2008, VICTIM Carlos ROBLES had reported U.S. Passport number 437509310 in his identity had been stolen along with his vehicle in Tijuana, Mexico.

On the basis of the facts presented in this probable cause statement consisting of 2 pages, there is probable cause to believe that the defendant named in this probable cause statement committed the offense on or about 08/20/2008 - in violation of Title18, United States Code, Section 1544: Misuse of a passport - when DEFENDANT knowingly and willfully used the passport belonging to another, Carlos ROBLES, knowing that it was not issued or designed for his use, in order to gain admission into the United States.